1412

*May 19, 2017*

2017-Ohio-2876.]

**2017-0173. In re Adoption of P.L.H.**
Butler App. No. CA2016-09-185. On motion for admission pro hac vice of Mary M. Beck. Motion granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days.

**2017-0412. In re Application of Black Fork Wind Energy, L.L.C.**
Power Siting Board, No. 10-8265-EL-BGN. On appellee's motion to suspend briefing schedule. Motion granted.

**2016-0259. Disciplinary Counsel v. Simmonds.**
Sua sponte, Rasheed Asani Simmonds, Attorney Registration No. 0067797, last known business address in Cincinnati, Ohio, found in contempt for failure to file an affidavit of compliance on or before April 10, 2017.

**2017-0193. Cincinnati Bar Assn. v. May.**
Sua sponte, Neal Allen May, Attorney Registration No. 0062317, last known business address in Cincinnati, Ohio, found in contempt for failure to file an affidavit of compliance on or before April 12, 2017.

**2017-0210. Disciplinary Counsel v. Edmondson.**
Sua sponte, Christina Rose Edmondson, Attorney Registration No. 0080214, last known business address in Hebron, Kentucky, found in contempt for failure to file an affidavit of compliance on or before April 12, 2017.

**2016-1497. Lakewood City Schools Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2016-177. On appellant's application for dismissal. Application granted. Cause dismissed.